EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Carmen Vélez Rodríguez<br><br>Recurrida<br><br>v.<br><br>Administración de Reglamentos y Permisos<br><br>Apela<br><br>Edwin Rivera Delgado<br><br>Opositor-Peticionario | Certiorari<br><br>2006 TSPR 79<br><br>167 DPR _____ |

Número del Caso: CC-2004-1052

Fecha: 10 de mayo de 2006

Tribunal de Apelaciones:

> Región Judicial de San Juan-Panel III

Juez Ponente:

> Hon. Luis Rivera Román

Abogada de la Parte Recurrida:

> Lcda. Ileana Guzmán Carreras

Abogado de la Parte Peticionaria

> Lcdo. Julio Bonilla Rivera

Materia: Revisión Administrativa procedente de la Junta de Apelaciones sobre Construcciones y Lotificaciones

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Carmen Vélez Rodríguez

    Recurrida

       v.

Administración de
Reglamentos y Permisos

    Apelada

Edwin Rivera Delgado

Opositor-Peticionario

Certiorari

CC-2004-1052

RESOLUCIÓN
(NUNC PRO TUNC)

En San Juan, Puerto Rico, a 10 de mayo de 2006.

Se enmienda Nunc Pro Tunc nuestra Sentencia de 21 de abril de 2006, para que lea como sigue:

Por los fundamentos expuestos en la Opinión que antecede, la cual se hace formar parte integrante de la presente Sentencia, se expide el auto para revocar las resoluciones del Tribunal de Apelaciones y de la Junta de Apelaciones sobre Construcciones y Lotificaciones, y por consiguiente, reinstalar la resolución emitida por la Administración de Reglamentos y Permisos.

Lo pronunció, manda el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado señor Rebollo López emitió opinión concurrente y disidente. El Juez Asociado señor Rivera Pérez disiente de lo pautado por la mayoría a los efectos que los procedimientos ante la Junta de Apelaciones Sobre Construcciones y Notificaciones es "de la naturaleza de un juicio de novo". Al igual que el Juez Asociado señor Rebollo López el Juez Asociado señor Rivera Pérez es del criterio que se está creando una "duplicidad innecesaria" en perjuicio del interés público, al convertir, desde un punto de vista práctico, los procedimientos ante la Administración de Reglamentos y Permisos en innecesarios y fútiles. El Juez Asociado señor Fuster Berlingeri no intervino.


        Aida Oquendo Graulau
     Secretaria del Tribunal Supremo